**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MICHAEL N. PHAN,

    Plaintiff,

v.                                            Case No. 3:08-cv-781-J-34JRK

HSBC BANK USA, N.A., a/k/a HSBC
Card Services, Inc., HSBC BANK OF
NEVADA, N.A., EQUIFAX, INC., and
TRANS UNION, L.L.C.,

    Defendants.
_____/

# O R D E R

**THIS CAUSE** is before the Court sua sponte. On November 3, 2008, Plaintiff Michael N. Phan filed his Response and Opposition to Motion to Dismiss Filed by Defendant HSBC (Dkt. No. 14; Opposition). Local Rule 3.01(b), United States District Court, Middle District of Florida, provides:

> Each party opposing a motion or application shall file within ten (10) days after service of the motion or application a response that includes a memorandum of legal authority in opposition to the request, all of which the respondent shall include in a document not more than **twenty (20) pages**.

The Opposition violates Local Rule 3.01(b) as it is twenty-five pages in length, and Plaintiff did not obtain permission to exceed the page limit as provided in Local Rule 3.01(d).

Accordingly, it is **ORDERED**:

1.     Plaintiff's Response and Opposition to Motion to Dismiss Filed by Defendant HSBC  (Dkt. No. 14) is **STRICKEN**.

2. Plaintiff shall have up to and including **November 17, 2008**, to file a response to HSBC Bank USA, N.A.'s Motion to Dismiss Michael N. Phan's Complaint for Failure to State a Cause of Action upon Which Relief May Be Granted (Dkt. No. 13) that complies with Local Rule 3.01(b).

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day of November, 2008.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

lc1
Copies to:

Counsel of Record