**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MICHAEL N. PHAN,

    Plaintiff,

v.                                                         Case No. 3:08-cv-781-J-34JRK

HSBC BANK USA, N.A., a/k/a HSBC
Card Services, Inc., HSBC BANK OF
NEVADA, N.A., EQUIFAX, INC., and
TRANS UNION, L.L.C.,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal with Prejudice (Dkt. No. 19; Stipulation) filed on November 25, 2008. In the Stipulation, Plaintiff states that he agrees to the dismissal of the claims raised against Defendant Trans Union, L.L.C. in this matter. See Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

1.     This case is **DISMISSED with prejudice** as to Defendant Trans Union, L.L.C.

2.     Each party shall bear its own fees and costs.

3. The Clerk of the Court is directed to terminate Defendant Trans Union, L.L.C. from the docket.

**DONE AND ORDERED** in Jacksonville, Florida, this 1st day of December, 2008.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record